NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>PABLO GUZMAN-HERNANDEZ,<br> AKA, CHRISTIAN HERNANDEZ,<br><br>              Defendant. | Case No.: 2:18-cr-00296-JCM-PAL<br><br>**Joint Stipulation to Continue Government's Response to Defendant's Motion to Dismiss (ECF No. 21) and Defendant's Reply**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Pablo Guzman-Hernandez, that the government's response to defendant's motion to dismiss (ECF No. 21) currently due on Tuesday, February 19, 2019, be vacated and continued to March 5, 2019, with defendant's corresponding reply due on March 12, 2019.

This Stipulation is entered into for the following reasons:

1.     Government counsel needs additional time to properly respond to defendant's motion, to include researching the issues raised by the defendant.

2.     Denial of this request for continuance could result in a miscarriage of justice.

3.     This is the first request for continuance of the government response to defendant's motion to dismiss.


DATED this 15th day of February, 2019.


RENE L. VALLADARES                      NICHOLAS A. TRUTANICH
Federal Public Defender                      United States Attorney


*/s/ Nisha Brooks-Whittington*              */s/ Jared L. Grimmer*
By_____      By_____
NISHA BROOKS-WHITTINGTON          JARED L. GRIMMER
Assistant Federal Public Defender          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

PABLO GUZMAN-HERNANDEZ,
AKA, CHRISTIAN HERNANDEZ,

        Defendant.

Case No.: 2:18-cr-00296-JCM-PAL-1

IT IS THEREFORE ORDERED that the government's response to defendant's motion to dismiss (ECF No. 21) currently due on Monday, February 19, 2019, be vacated and continued to March 5, 2019, with defendant's corresponding reply due on March 12, 2019.

DATED February 19, 2019.

_____
UNITED STATES DISTRICT JUDGE

3