# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00296-JCM-NJK |
| Plaintiff, | **Order Setting Hearing** |
| v. | (Docket No. 45) |
| PABLO GUZMAN-HERNANDEZ, | |
| Defendant. | |

Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 45. The Court hereby sets the motion for hearing on September 27, 2019, at 11:00 a.m. in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: September 10, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE