# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00296-JCM-NJK |
| Plaintiff, | **Order** |
| v. | (Docket Nos. 45, 47) |
| PABLO GUZMAN-HERNANDEZ, | |
| Defendant. | |

On September 10, 2019, the Court set a hearing on Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 46. *See also* Docket No. 45. Counsel has now filed a motion to vacate that hearing. Docket No. 47. In support of his motion, counsel submits a sworn declaration that he and Defendant have worked out any issues they may have had and that Defendant no longer wishes to replace counsel in the instant case. Docket No. 47 at 4-5.

Accordingly, the Court **GRANTS** counsel's motion to vacate the hearing set for September 27, 2019, Docket No. 47, and **DENIES** Defendant's motion to dismiss counsel and replace new counsel, Docket No. 45. The hearing set for September 27, 2019, at 11:00 a.m. is **VACATED**.

IT IS SO ORDERED.

DATED: September 24, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE